IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 2 4 2018
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:18-CR-24 (DNH) |
| | ) | |
| **v.** | ) | **Indictment** |
| | ) | |
| **DAVID VADDY,** | ) | Violation:   18 U.S.C. § 1791(a)(2), (b)(1), & (d)(1)(C) |
| | ) | [Possession of Contraband in Prison] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Essex |

<u>**THE GRAND JURY CHARGES:**</u>

**COUNT 1**
**[Possession of Contraband in Prison]**

On or about December 13, 2016, in Essex County in the Northern District of New York,

the defendant, **DAVID VADDY**, an inmate of a prison, knowingly possessed a prohibited object,

that is, buprenorphine, a narcotic drug contained in the medication Suboxone, in violation of Title

18, United States Code, Sections 1791(a)(2), (b)(1), and (d)(1)(C).

Dated:   January 24, 2018

A TRUE BILL,

\*name redacted

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096